# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE H. KNOX, III., | Case No.: 1:18-cv-00761-AWI-SAB (PC) |
| Plaintiff, | |
| v. | ORDER REGARDING PLAINTIFF'S OBJECTIONS TO PENDING FINDINGS AND RECOMMENDATIONS |
| M. BITER, | |
| Defendant. | [ECF No. 13] |

Plaintiff Willie H. Knox III is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On June 7, 2018, the Court screened Plaintiff's complaint, found that Plaintiff failed to state a cognizable claim, and granted Plaintiff thirty days to file an amended complaint. Over thirty days passed, and Plaintiff did not file an amended complaint or otherwise responded to the Court's order. Accordingly, on July 17, 2018, the undersigned issued Findings and Recommendations recommending the action be dismissed for failure to state a cognizable claim for relief for the reasons stated in the Court's June 7, 2018, screening order.

On July 20, 2018, Plaintiff filed a motion for an extension of time to file an amended complaint. On July 24, 2018, the Court granted Plaintiff thirty days to file an amended complaint, i.e. on or before August 29, 2018. (ECF No. 12.) In that order, the Court advised Plaintiff that if he failed

1

to file a timely amended complaint, the July 17, 2018 Findings and Recommendations will be submitted to the assigned District Judge for review. (Id.)

On July 30, 2018, Plaintiff filed objections to the Findings and Recommendations and indicates that he mailed his amended complaint to the Court on July 10, 2018. (ECF No. 13.) However, Plaintiff is advised that to date, the Court has not received or filed an amended complaint in this case. Accordingly, Plaintiff is again advised that any amended complaint is due on or before **August 29, 2018**, or the Findings and Recommendations will be submitted to the District Judge for review.

IT IS SO ORDERED.

Dated: **July 31, 2018**

UNITED STATES MAGISTRATE JUDGE