UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE H. KNOX, III., | Case No.: 1:18-cv-00761-AWI-SAB (PC) |
| Plaintiff, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATION, AND DISMISSING ACTION FOR FAILURE TO STATE A COGNIZABLE CLAIM FOR RELIEF |
| M. BITER, | |
| Defendant. | [ECF Nos. 15, 16, 17] |

Plaintiff Willie H. Knox III is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 22, 2018, the Magistrate Judge filed a Findings and Recommendation recommending that this action be dismissed for failure to state a cognizable claim for relief. The Findings and Recommendation was served on Plaintiff and contained notice that objections were to be filed within twenty-one (21) days. Plaintiff filed objections on September 17, 2018. (ECF No. 17.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, including Plaintiff's objections, the Court finds the Findings and Recommendation to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation, filed on August 22, 2018, is adopted in full; and
2. The instant action is dismissed for a failure to state a cognizable claim for relief; and
3. The Clerk of Court is directed to CLOSE the case.

IT IS SO ORDERED.

Dated: December 12, 2018

_____
SENIOR DISTRICT JUDGE